**MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| BLANCA GURROLA, et al.; | ) Case # **CV-08-08029-GW(JTLx)** and |
| | ) consolidated Case # CV09-7158 GW |
| | ) (Ctx) |
| Plaintiffs, | ) |
| | ) **ORDER** REGARDING STIPULATION TO |
| | ) DISMISS ENTIRE ACTION AGAINST |
| vs. | ) ALL DEFENDANTS |
| | ) |
| | ) |
| | ) |
| | ) |
| RAMONA J. JERVIS, et al.; | ) Trial Date: N/A |
| | ) Time:      N/A |
| | ) Courtroom:  2 |
| Defendants. | ) |
| | ) Assigned to the Honorable |
| | ) Judge: George H. Wu |

**ORDER**

Good cause having been shown, it is ordered that:

1. Pursuant to the terms of the Settlement reached between all Plaintiffs and all Defendants in this action, the entire Complaint in Case # CV-08-08029-GW(JTLx) and consolidated Case # CV09-7158 GW (Ctx),

1

**ORDER** TO DISMISS ENTIRE ACTION AGAINST ALL DEFENDANTS

including all causes of action, are dismissed, with prejudice, against all Defendants.

2. Except as agreed in the Settlement Agreement, each side shall bear their own attorney fees and costs in this matter.

**SO ORDERED.**

September 27, 2010          Hon. _____
                                 GEORGE H. WU, JUDGE
                                 UNITED STATES DISTRICT COURT

2

**ORDER** TO DISMISS ENTIRE ACTION AGAINST ALL DEFENDANTS